IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ISRAEL KAZEW,

    Plaintiff,

v.

DAVID DRURY and WEATHERLY SECURITIES, INC.

    Defendant.

No: 05-0701

## ORDER OF COURT

AND NOW, this _20th_ day of _July_, 2005, upon consideration of defendant David Drury's Consent Motion to Compel Arbitration, it is hereby ORDERED, ADJUDGED and DECREED that said motion is granted, and the parties are hereby compelled to resolve this matter in arbitration, in accordance with the arbitration agreement between the parties. This matter will be dismissed without prejudice.

BY THE COURT:

_Donetta W. Ambrose_